<pre>
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF NORTH CAROLINA
                          SOUTHERN DIVISION
</pre>

|  |  |  |
|---|---|---|
| DAMON STANLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 7:12-CV-134-FL |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings and the memorandum and recommendation entered by the United States Magistrate Judge, to which plaintiff timely filed objections.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 5, 2013, and for the reasons set forth more specifically therein, that plaintiff's motion for judgment on the pleadings is denied and defendant's motion for judgment on the pleadings is granted. The decision of the commissioner is upheld and this matter is dismissed.

**This Judgment Filed and Entered on June 5, 2013, and Copies To:**

Kathleen S. Glancy (via CM/ECF Notice of Electronic Filing)
Leo R. Montenegro (via CM/ECF Notice of Electronic Filing)


June 5, 2013                                   JULIE A. RICHARDS, CLERK
                                                 /s/ Christa N. Baker
                                                (By) Christa N. Baker, Deputy Clerk